# IN THE UNITES STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE,
# NASHVILLE DIVISION

| | |
|---|---|
| **Ahlam K. Ary,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 3:17-cv-00948 |
| vs. ) | |
| ) | Hon. Judge Aleta A. Trauger |
| **MidFirst Bank** ) | |
| **a/k/a Midland Mortgage and** ) | |
| **Weiss & Cummins, PLLC,** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ahlam K. Ary, and Defendants, MidFirst Bank a/k/a Midland Mortgage and Weiss & Cummins, PLLC stipulate that this matter shall be dismissed WITH PREJUDICE.

Approved for Entry:

/s/ Samuel D. Keen
Samuel D. Keen, BPR No. 033865
Legal Aid Society
300 Deaderick Street
Nashville, Tennessee 37201
p: (615) 244-6610
f: (615) 244-4920
e: skeen@las.org

*Attorney for Plaintiff Ahlam K. Ary*

/s/ Heather H. Wright
Heather H. Wright, BPR No. 030649
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
p: (615) 252-2342
f: (615) 252-6342
e: hwright@bradley.com

*Attorney for Defendant MidFirst Bank,
including its division Midland Mortgage*

*/s/ Arnold M. Weiss*
Arnold M. Weiss, BPR No. 007816
Weiss & Cummins, PLLC
208 Adams Avenue
Memphis, Tennessee 38103
p: (901) 526-8296
f: (901) 881-1956
e: arnold@weisscummins.com

*Attorney for Defendant Weiss & Cummins, PLLC*

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2017, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system and served via first-class U.S. mail, postage prepaid, upon the parties indicated below. Parties may also access this filing through the Court's ECF system.

| | |
|---|---|
| Heather H. Wright<br>Bradley Arant Boult Cummings, LLP<br>1600 Division Street, Suite 700<br>Nashville, Tennessee 37203<br><br>*Attorney for Defendant MidFirst Bank, including its division Midland Mortgage* | Arnold M. Weiss<br>Weiss & Cummins, PLLC<br>208 Adams Avenue<br>Memphis, Tennessee 38103<br><br>*Attorney for Defendant Weiss & Cummins, PLLC* |

*/s/ Samuel D. Keen*
Samuel D. Keen, BPR No. 033865
*Attorney for Plaintiff Ahlam K. Ary*